IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS, DONNA TISDALE, and JOE E. TISDALE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFIARS, DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs, AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs, UNITED STATES DEPARTMENT OF THE INTERIOR, DAVID BERNHARDT, in his official capacity as Secretary of the Interior. And TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>    Defendants. | No. 2:20-cv-01380-KJM-DB<br><br>**ORDER** |

Pending before the Court is the joint stipulation and request by the parties to extend Federal Defendants' deadline to file a responsive pleading to Plaintiff's Complaint until 28 days

following this Court's ruling on Federal Defendants' pending Motion for Transfer of Venue to the Southern District of California, ECF No. 5.  The request is GRANTED.

IT IS SO ORDERED.

DATED:  September 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE