PAUL SALAMANCA
DEPUTY ASSISTANT ATTORNEY GENERAL
Environment and Natural Resources Division

JACOB D. ECKER
ROBERT P. WILLIAMS
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0466
Fax: (202) 305-0506
Jacob.Ecker@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS, DONNA TISDALE, and JOE E. TISDALE, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS, DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs, AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs, UNITED STATES DEPARTMENT OF THE INTERIOR, DAVID BERNHARDT, in his official capacity as Secretary of the Interior, and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs, <br><br>Defendants. | No. 2:20-cv-01380-KJM-DB <br><br>**ORDER** |

Before the Court is a joint stipulation and request by the parties and proposed intervener-defendant Terra-Gen Development Company, LLC to grant the pending unopposed Motion to Intervene and Motion to Transfer and vacate the hearing scheduled on pending motions for transfer of venue and intervention, and also vacate the scheduled status (joint pretrial) conference and accompanying deadlines.  For good cause, the parties' requests are GRANTED in PART.

Accordingly, IT IS ORDERED that:

1. The Status (Pretrial Scheduling) Conference currently scheduled for November 19, 2020 at 2:30 pm is VACATED, to be reset if needed.

2. This Court's Order Setting Status (Pretrial Scheduling) Conference, ECF No. 3, including the deadlines to confer regarding a schedule and to file a joint status report, are VACATED, to be reset if needed.

3. The November 6, 2020 hearing on pending motions is MAINTAINED.

IT IS SO ORDERED.

DATED:  November 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE